| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Scott Kosner, SBN 172379<br>Tyson M. Takeuchi, SBN 177419<br>LAW OFFICES OF TYSON TAKEUCHI<br>1055 Wilshire Blvd., Suite 850<br>Los Angeles, CA 90017<br>Tel 213.637.1566<br>Fax 888.977.6310<br>tyson@tysonfirm.com<br>scottk@tysonfirm.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Joyce Miller | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Joyce Miller, | CASE NO.: 2:17-bk-20136-NB<br>CHAPTER: 13 |
|---|---|
| | **RESPONSE TO MOTION FOR ORDER TO TERMINATE, ANNUL, MODIFY, OR CONDITION THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 AND DECLARATION(S) IN SUPPORT** |
| Debtor(s). | DATE: 3/26/2019<br>TIME: 10:00 am<br>COURTROOM: 1545<br>PLACE: United States Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, California 90012 |

**Movant:** US Bank Trust National Association

**Respondent:**   ☒ Debtor   ☐ Trustee   ☐ Other: _____

> *GENERAL NOTE:* A request for additional time is **not** usually an adequate response in opposition to the Motion. This Response, supporting declaration(s) and other admissible evidence must be filed with the court and served pursuant to the LBRs.

1. ☐ **NON-OPPOSITION:** Notice is hereby given that the Respondent does not oppose the granting of the Motion.

   > *NOTE:* If you do not oppose the Motion, there is no need to appear at the hearing scheduled in the Motion.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*         Page 1         **F 4001-1.RFS.RESPONSE**

2. ☐ **LIMITED OPPOSITION -- APPEARANCE REQUIRED:** Respondent opposes the Motion only to the extent that it seeks immediate relief from stay. Respondent requests that no lock out, foreclosure, or repossession shall take place before (*specify date*):

   The reason for this request is (*specify*):

3. ☒ **OPPOSITION -- APPEARANCE REQUIRED:** Notice is hereby given that the Respondent opposes the granting of the Motion for the reasons set forth below.

   a. Respondent disputes the allegations/evidence contained in the Motion. As shown in the Declaration(s) filed with this Response:

   ☒ The value of the Property is $ 1,043,471.00 , based upon (*specify*):
     Internet comparable Sales data (Zillow.com).

   ☒ Total amount of debt (loans) on the Property is $ 133,600.00 .

   ☐ More payments have been made to Movant than the Motion has accounted for. True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit _____.

   ☒ The Property is necessary for an effective reorganization. Respondent has filed or intends to file a plan requiring the Property. A true and correct copy of the Plan is attached as Exhibit _____.

   ☐ The Property is insured. A true and correct copy of the policy currently in effect is attached as Exhibit _____.

   ☐ The Movant's description of the status of the unlawful detainer proceeding is not accurate. See attached Declaration for Respondent's evidence.

   ☐ Respondent denies that this bankruptcy was filed in bad faith or improperly. See attached Declaration containing Respondent's evidence.

   ☐ Debtor would be prejudiced if the lawsuit or administrative proceeding is allowed to continue outside the bankruptcy court. See attached Declaration regarding Respondent's contentions.

   ☐ Service of the Motion:   ☐ Not all parties were served   ☐ Insufficient notice of the hearing

   ☐ Incorrect address used for (*specify*): _____

   ☒ Other (*specify*): Debtor request an Adequate Protection Order to catch up on all post petition mortgage arrears. Debtor has sufficient equity in the property to protect Movant's interest.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                               Page 2                               F 4001-1.RFS.RESPONSE

b.  Respondent asserts:

☐  Case has been converted from chapter _____ to chapter _____.

☐  All postpetition arrears will be cured by the hearing date.

☒  The Debtor has equity in the Property in the amount of $ 909,871.00                                     .

☒  Movant has an equity cushion of $ 809,871.00                               which is sufficient to provide adequate protection.

☒  The Property is necessary for an effective reorganization because (*specify reasons why*):

Debtor lives in the property with her family. Debtor has sufficient funds available through her savings and expected income tax refunds to quickly cure the postpetition mortgage arrearage.

☒  The Motion should be denied because (*specify*):

Debtor has a sufficient equity cushion to protect Movant's interest. The fair market value of Debtor's home is $1,043,471 per internet comparable sales data (Zillow.com). The total consentual liens against her property total $133,600 per Movants Motion. Debtor request an APO in order to cure the post petition arrears.

Due to the enormous equity cushion in the Debtor's home, Debtor request that the Court order that no foreclosure sale may take place for at least a 90-day period if the Court grants Movant's motion for relief from the automatic stay.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                Page 3                                **F 4001-1.RFS.RESPONSE**

4.  **EVIDENCE IN SUPPORT OF RESPONSE AND SUPPORTING PAPERS:**

> *NOTE REGARDING SUPPORTING PAPERS: Declarations in opposition to the Motion **MUST** be attached hereto. Any individual signing a declaration must have personal knowledge of the facts stated in it and should attach any supporting documents, if possible. You may attach a Memorandum of Points and Authorities if you desire, but it is not required.*

> *<u>NOTE REGARDING SERVICE OF RESPONSE AND SUPPORTING PAPERS</u>: Pursuant to the LBRs, you must file with the clerk this completed Response along with supporting declaration(s) signed under penalty of perjury, AND also serve a copy of the Response and declaration(s) on the Movant's attorney (or Movant, if no attorney), the trustee, the United States trustee, and all other parties to the Motion.*

Pursuant to the LBRs, attached hereto are the following papers in support of this Response:

☐ Declaration by Debtor                      ☒ Declaration by Debtor's attorney
☐ Declaration by trustee                     ☐ Declaration by trustee's attorney
☐ Declaration by appraiser                   ☐ Memorandum of Points and Authorities (*optional*)
☒ Other (*specify*): True and correct copy of comparable sales data for Debtor's home dated 3/22/2019. Exhibit A.


Date: 3/22/2019                              Respectfully submitted,

                                             Joyce Miller
                                             Printed name of Respondent

                                             The Law Office of Tyson Takeuchi
                                             Printed name of law firm (if applicable)

                                             */s/ Scott Kosner*
                                             Signature

                                             Scott Kosner, SBN 172379
                                             Printed name of Respondent or attorney for Respondent

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 4                              **F 4001-1.RFS.RESPONSE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1055 Wilshire Boulevard, Suite 850, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled: **RESPONSE TO MOTION FOR ORDER TO TERMINATE, ANNUL, MODIFY, OR CONDITION THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 AND DECLARATION(S) IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _3/22/2019_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

below:
Jenelle C Arnold ecfcacb@aldridgepite.com, jarnold@ecf.courtdrive.com
Kathy A Dockery (TR) EFiling@LATrustee.com
Michelle R Ghidotti ECFNotifications@ghidottilaw.com
Scott Kosner tyson@tysonfirm.com
Avi Schild bk@atlasacq.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

Kristin A Zilberstein bknotifications@ghidottiberger.com; gbadmin@ecf.courtdrive.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _3/20/2018_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/22/2019 | Armen Galstian | *(signature)* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 5    **F 4001-1.RFS.RESPONSE**

# DECLARATION

**DECLARATION OF SCOTT KOSNER, ESQ.**

I, Scott Kosner, declare and state as follows:

1. I am an attorney at law, licensed to practice before all courts in the State of California and the Central District of California Federal Courts. I am over the age of eighteen years, and if called upon to testify, I could and would do so competently. I have personal knowledge of the facts set forth herein, and based on that personal knowledge I assert that all such facts are true and correct to the best of my knowledge. To the extent I base my testimony upon information and belief or upon admissible evidence other than my personal knowledge, I will specifically state.

2. On January 17, 2015 I emailed the attorney for US Bank to advise them that my client would have the entire amount need to cure the default that caused the filing of the motion for relief from stay.

3. The attorney for the creditor advised me that they would get the hearing continued until they were able to talk to US Bank and get an apo agreement.

4. I did not hear back from the creditor's attorney until today and I finally got a hold of Jennifer Bergh who is in charge of this file. She advised me that US Bank had denied the request for an apo agreement.

5. I asked her please contact them and let them know that my client has $10,000 right now to tender and the remainder of the arrears would be cured by no later than the end of April. Jennifer Bergh advised me that she would reach out again and try to get an apo agreement.

DECLARATION

6. I have dealt with hundreds of relief of stay motions in the past and I have always gotten an apo agreement and given an opportunity for my client to pay the creditor.

7. My client has over 900,000 in equity in this property and desperately needs the protection of the automatic stay. She will cure the entire due amount by Mid to end of April.

8. I did not file an answer to the motion for relief because I did not foresee any problem in getting an apo agreement.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

///

///

///

Executed this 22nd day of March 2019, at Los Angeles, California.


*[signature: Scott Kosner]*
Scott Kosner, Declarant

DECLARATION

# EXHIBIT A

EXHIBIT A

CORRECT HOME FACTS    ♡ SAVE    ✉ SHARE    MORE ▾    ↗ EXPAND    ✕ CLOSE


Street View

# 1659 253rd St
## Harbor City, CA 90710

**8 beds · 5 baths · 3,994 sqft**

**OFF MARKET**

Zestimate:
**$1,043,471**

Rent Zestimate®:
$2,618 /mo

**EST. REFI PAYMENT**

Est. Refi Payment:
**$3,931/mo**

 ▾

$ See current ra...
$ See current rate...

## Home Shoppers are Waiting

📈 Ask an agent about market conditions in your neighborhood.

👤 Your name
📞 Phone
✉ lurpnlaw160@hotmail.com

I own this home and would like to ask an agent about selling 1659 253rd St, Harbor City, CA 90710.

**Contact Agent**

Or call 562-386-0917 for more info

---

1659 253rd St, Harbor City, CA is a multiple occupancy home that contains 3,994 sq ft and was built in 1949. It contains 8 bedrooms and 5 bathrooms.

The Zestimate for this house is $1,043,471, which has increased by $21,985 in the last 30 days. The Rent Zestimate for this home is $2,618/mo, which has increased by $121/mo in